ANDERSON,CLOSED,INMATE

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:16-cv-00668-WKW-WC
### Internal Use Only

Knop v. Gordy et al (INMATE 1)  
Assigned to: Chief Judge William Keith Watkins  
Referred to: Honorable Judge Wallace Capel, Jr  
Demand: $900,000  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 08/15/2016  
Date Terminated: 08/16/2016  
Jury Demand: Plaintiff  
Nature of Suit: 555 Habeas Corpus (Prison Condition)  
Jurisdiction: Federal Question  

**Plaintiff**

**Marshall Cois Knop**       represented by   **Marshall Cois Knop**  
AIS 154140  
ADOC LIMESTONE  
Limestone Correctional Facility  
28779 Nick Davis Road  
Harvest, AL 35749  
PRO SE  
**Bar Status: No Record**

V.

**Defendant**

**Christopher Gordy**  
*Warden*

**Defendant**

**James E. Williams**  
*Chaplain*

**Defendant**

**Jefferson S. Dunn**  
*Commissioner*

**Defendant**

**Terrance McDonnell**  
*Commissioner*

**Defendant**

ATTEST: A True Copy.  
Certified to _8/16_, 20 _16_.  
Clerk, U.S. District Court,  
Middle District of Alabama  

by _____  
Deputy Clerk

**Thomas Woodfin**
*Regional Chaplain*

**Defendant**

**Sam Drake**
*Ast. Chaplain*

**Defendant**

**Siegfried Bill**
*Ast. Chaplain*

**Defendant**

**Kyle Massengale**
*Ast. Chaplain*

**Defendant**

**Charles Baggett**
*Ex Chaplain*

**Defendant**

**Hartselle Church of Christ**

**Defendant**

**Madison Church of Christ**

**Defendant**

**West Huntsville Church of Christ**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/15/2016 |  | (Court only) Staff Attorneys added as interested party. Assignment of Staff Attorney Anderson. Set Anderson and Inmate Flags. (kr, ) (Entered: 08/15/2016) |
| 08/15/2016 | 1 | Inmate 1983 COMPLAINT against Charles Baggett, Siegfried Bill, Sam Drake, Jefferson S. Dunn, Christopher Gordy, Hartselle Church of Christ, Madison Church of Christ, Kyle Massengale, Terrance McDonnell, West Huntsville Church of Christ, James E. Williams, Thomas Woodfin, filed by Marshall Cois Knop. (Attachments: # 1 Exhibit 1)(kr, ) (Entered: 08/15/2016) |
| 08/15/2016 | 2 | Application to Proceed Without Prepayment of Fees and Affidavit by Marshall Cois Knop. (kr, ) (Entered: 08/15/2016) |
| 08/15/2016 |  | DEMAND for Trial by Jury by Marshall Cois Knop. (No PDF attached to this entry-See entry 1 ) (kr, ) (Entered: 08/15/2016) |

| 08/15/2016 | 3 | MOTION for Temporary Restraining Order by Marshall Cois Knop. (kr, ) (Entered: 08/15/2016) |
|---|---|---|
| 08/16/2016 | 4 | MEMORANDUM OPINION AND ORDER: it is ORDERED: 1. The motion for a temporary restraining order (Doc. # 3 ) is DENIED; and 2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404. Signed by Chief Judge William Keith Watkins on 8/16/2016. (kh, ) (Entered: 08/16/2016) |
| 08/16/2016 | | Case transferred to Northern District of Alabama. Entire file with certified copy of docket sheet sent ELECTRONICALLY via EMAIL to Clerk. (no pdf document attached to this entry) (kh, ) (Entered: 08/16/2016) |