*In Forma Pauperis Attached.*

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2016 AUG 15 P 1:44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MARSHALL Cois KNOP 154140
Full name and prison number
Of Plaintiff(s)

v. Christopher Gordy warden
James E. Williams chaplain
Jefferson Donn Commissioner
Terrace McDonnell Commissioner
Thomas Woodfin Regional chaplain
Sam Drake, Seigfield Bill, Kyle Massengale
Assistant Chaplains

Charles Baggett Ex chaplain
Hartselle, Madison, West Huntville
Churches of Christ
Name of person(s) who violated
Your constitutional rights.
(List the names of all
persons.)

CIVIL ACTION NO. 2:16-CV-668-WKW-WC
(To be supplied by Clerk of
U.S. District Court)

DEMAND FOR JURY TRIAL

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        2.  Court ) if federal court, name the district; if state court, name the county) _____

1

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Limestone Corr. Facility 28779 Nick Davis Rd, Harvest Al @ 35794
PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone Prison

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. See Attatched Complaint Page 11
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED November 2007 until Present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Plaintiff is being forced to Attend church Services in violation of his Constitutional rights

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)

See Attatched form

GROUND TWO: Plaintiff is being forced to Attend church classes and services in violation of a legal contract.

SUPPORTING FACTS: See Attatched form

GROUND THREE: Plaintiff is being forced to attend services and classes not of his belief, while the chaplain provides services for all other Religions.

SUPPORTING FACTS: See Attatched form

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Enter An order Providing each inmate in the Faith Dorm Classes And church services of their own Religious belief, or, Allow each inmate to hold their own Religious services As Provided for other Religions. - See Attatched form

Marshall Cois Knox
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 8 - 2016.
(Date)

Marshall Cois Knox
Signature of plaintiff(s)

4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARSHALL COIS KNOP ) | 2016 AUG 15 P 1:44 |
| PLAINTIFF, ) | |
| VS ) | DEBRA P. HACKETT, CLK |
| CHRISTOPHER GORDY, WARDEN, ) | U.S. DISTRICT COURT |
| JAMES E. WILLIAMS, CHAPLAIN, ) | MIDDLE DISTRICT ALA. |
| JEFFERSON DUNN, COMMISSIONER, ) | |
| TERRANCE MCDONNELL, COMMISSIONER, ) | CIVIL ACTION: |
| THOMAS WOODFIN, REGIONAL CHAPLAIN ) | CASE NO. |
| SAM DRAKE, AST. CHAPLAIN, ) | 2:16-CV-668-WKW-WC |
| SIEGFRIED BILL, AST. CHAPLAIN, ) | |
| KYLE MASSENGALE AST. CHAPLAIN, ) | DEMAND FOR JURY TRIAL |
| CHARLES BAGGETT, EX CHAPLAIN, ) | |
| HARTSELLE CHURCH OF CHRIST, ) | |
| MADISON CHURCH OF CHRIST, ) | |
| NORTH WEST HUNTSVILLE CHURCH OF ) | |
| CHRIST, ) | |
| DEFENDANTS. | |

## COMPLAINT

The defendants are forcing the plaintiff, Marshall Cois Knop, to attend two church services and two classes, not of plaintiff's religious beliefs, to remain in The Faith Based Honor dorm **and** to be eligible for family night in violation of: (1) a valid contract, (2) in violation of the plaintiff's First Amendment Right of The United States Constitution to worship the religion that he chooses, and (3) in violation of the Alabama Department of Corrections religious regulations, AR 333.

The chaplain, James E. Williams, assistant chaplains, Sam Drake, Siegfried Bill, Kyle Massengale, ex-chaplain, Charles Baggett, the sponsors of the Limestone Faith Based Honor Dorm, the West Huntsville, Madison and Hartselle churches of Christ are using the Faith Based Honor Dorm to promote their own religious beliefs and doctrines and force them on the inmates in the Faith Based Honor Dorm.

1 of 1

The chaplains, the warden and the Alabama Department of Corrections commissioners have implemented, but failed to supervise and maintain the Faith Based Honor Dorm Program in a way not to violate each person's First Amendment Right to worship the religion of their choice and, not violate the Alabama Department of Corrections Regulations.

## GRIEVANCE SYSTEM

THE ALABAMA DEPARTMENT OF CORRECTIONS HAS NO OFFICIAL GRIEVANCE PROCEDURE.

PLAINTIFF DID TALK WITH THE CHAPLAIN BAGGETT ABOUT THESES ISSUES AND HE STATED THAT IF THE PLAINTIFF OR OTHERS DID NOT LIKE IT THEY COULD SIGN A DROP AND MOVE OUT OF THE DORM.

## STATUTE OF LIMITATIONS

There was not a time limitation date for the 2007 contract. The contract is still valid and the defendants were without authority to change that contract. Therefore, there is no statute of limitations on any actions brought against the defendants.

## HISTORY OF THE FAITH BASED HONOR DORM

The Faith Based Honor dorm was created at William E. Donaldson Prison (previously West Jefferson Prison) in 1996. It was created so prisoners of the same religion could be housed in the same dorm for the purpose of coming together and studying, discussing and sharing **their own religious' beliefs**.

## STATEMENT OF THE FACTS

In November of 2007 the plaintiff signed a contract and entered the Faith Based Honor Dorm. In 2008, Charles Baggett, chaplain at that time, gave all residents of the Faith Based Honor Dorm a choice to sign a new contract or be removed from the dorm.

The new contract changed from having to attend **one** class to remain in the dorm and attend family night, to having to attend **two church services and two classes**. The first contract **was, and still is a legal and binding contract**, and the chaplain had no authority to implement a new contract without the full agreement and consent of the plaintiff. (Exhibit 1)

For several years plaintiff was not allowed to attend family nights because he only attended the required amount of classes and churches services to remain in the dorm. Furthermore, just to remain in the dorm the plaintiff had to attend church of Christ classes and services because the chaplain did not provide church services and classes of plaintiff's religious beliefs.

Defendants have not ever provided the one (1), let alone two (2) services and two (2) classes for the plaintiff's religious beliefs or, the religious beliefs of the other men in the dorm.

## PLAINTIFF'S FIRST AMENDMENT RIGHT TO
## WORSHIP THE RELIGION OF HIS CHOOSE

The First Amendment declares that congress shall make no laws respecting an establishment of religion or prohibiting the free exercise thereof. The Constitution prohibits favoritism toward a particular religion and **being forced** to participate in any religious beliefs or practice.

Congress shall make no laws respecting an establishment of religion, **the right to worship as one chooses**, or prohibiting the free exercise thereof. The United States Constitution puts a mandrel or protection around religious practices, and **the burden is on the government to justify interfering therewith**.

The Constitution not only forbids the establishment of religion but also forbids congress and the states from passing laws or regulations prohibiting the free exercise thereof.

The right to hold **any or no** religious beliefs is one of our few absolute rights. No government has the authority to compel a religious belief or deny any person **any rights** because of their religious beliefs, or lack of them.

No program may be created to violate any person's Religious Rights, nor can a program be created to discriminate against anyone because of their religious beliefs or practices, **or lack thereof**.

The establishment clause is a wall between Church and State, to prohibit any law, rule, regulations, or governmental action designed to confer any **belief** or **benefit** upon religion.

**No one**, even an atheist or agnostic cannot be barred for participating in the Faith Based Honor dorm because of their religious beliefs or lack of beliefs, and cannot be forced to go to religious classes or church services.

**PLAINTIFF'S RIGHT TO WORSHIP THE RELIGION OF HIS CHOOSE PURSUANT TO THE ALABAMA DEPARTMENT OF CORRECTIONS REGULATIONS REGULATION AR. 333**

## RELIGIOUS PROGRAM SERVICES

### I. GENERAL
The Alabama department of corrections (ADOC) administrative regulations (AR) establishes responsibility, policies, and procedures, for recognition of religious beliefs and privileges of convicted offenders.

### II. POLICY
The ADOC has the policy to permit offenders the privilege/right TO WORSHIP <u>THEIR DECLARED FAITH</u> AND TO IDENTIFY ACTIVITIES AND PRACTICES MOST COMMONLY APPROVED.

### IV. Responsibilities.

**C. the chaplain is responsible for:**
1. Publishing the institutional religious schedule.
2. Overseeing all religious activities in the institution.

**D. the warden is responsible for:**
1. Approving all religious activities.
2. Approving all free world sponsors.

### V. PROCEDURES

**J. <u>Religious education programs/ Faith Based Honor Dorm:</u>**
1. It is identified as a specialized, systematic rehabilitative, approach **over and above** the religious chaplaincy program.

2. In the ADOC these programs have treatment status under the directive of the chaplaincy programming.

3. Court ordered programs have priority for the inmate.

4. These programs are based upon the inmates choosing this approach of his own will and signing a **contract** for participation.

5. <u>These programs are open for All to participate in</u>.

## FAITH BASED HONOR DORM CONTRACT

The Alabama department of corrections created a religious program, The Faith Based Honor Dorm that is open to anyone to participate in (AR 333, RELIGIOUS PROGRAM SERVICES, J. 4 and 5) and in doing so they cannot discriminate in any manner, or violate any person's First Amendment Rights **to worship as he believes, and/or chooses**. This applies to all religions, Wicans, Native Americans, Odonist, Muslims, Atheist, Agnostic (others not named) and all separate, distinct and dissimilar Christian denominations. This specifically includes the plaintiff's own religion and beliefs, Church of God, and Vineyard.

When the plaintiff signed the Faith Based Honor dorm contract in 2007, he was told that he had to attend One (1) class to remain in the Faith Based Honor Dorm and to be eligible for family night. At no time before signing the contract, was the plaintiff ever informed that the chaplain did not provide religious services and classes for the plaintiff's religious beliefs, and that he had no choice but to attend church of Christ religious services and classes to remain in the Faith Based Honor Dorm. This information was intentionally withheld from the plaintiff.

The 2007 contract entered into by the plaintiff with the chaplain and Faith Based Honor Dorm at Limestone Correctional Facility must comply with the First Amendment of the United States Constitution, Alabama Constitution, Alabama Department of Corrections Regulations AR 333, RELIGIOUS PROGRAM SERVICES, J. 4. and 5., and current contract law.

## CONTRACT LAW

The 2007 contract is a valid and legal contract, and general contract law requires a court to enforce an unambiguous lawful contract. Parties to a contract are bound to pertinent references therein to outside facts and documents. Northcom Ltd. V. James, 848 So. 2d 242 at 246, (Ala. 2002)

In Macon County Greyhound Park v. Knowles, the court stated: "Otherwise states, every contract is made with reference to existing law and every law affecting the contract is read into and becomes part of the contract when made." Macon County Greyhound park v. Knowles, 39 So. 3d 100, (Ala 2009). see also, Handley v. Richards, 518 So. 2d 682,685, (Ala. 1987)

The defendants have failed to comply with the 2007 legal and binding contract in which plaintiff entered into with the defendants, chaplain and the Faith Based Honor Dorm.

## THE 2008 CONTRACT WAS IMPLEMENTED FOR THE SOLE PURPOSE OF PROMOTING CHURCH OF CHRIST RELIGIOUS BELIEFS, AND DOCTRINES

State entities (commissioners, chaplain's, wardens the governor and any state employees) over or within a religious program cannot use that program to further their own religious beliefs.

In 2008 every inmate was forced to sign a new contract or they would be removed from the Faith Based Honor Dorm. This contract was designed and enforced by the chaplain for the sole purpose of promoting church of Christ religious services, beliefs, customs, traditions, and doctrines and force them upon all the inmates of the Dorm. Many were removed from the dorm (or signed a drop) because they would not attend the two church of Christ services and classes in which **they did not believe**.

A contract cannot be modified or changed without the consent of all parties. The residents who were in the Faith Based Honor dorm before the new 2008 contract (approximately 90), sighed a legal and binding contract to attend only one class a week.

The chaplain does not provide religious classes and services for the belief of each individual inmate (specifically the plaintiff) as required by the First Amendment of the United States Constitution and the Alabama Department of Corrections regulations as their listed religious belief in their Alabama Department of Corrections inmate record-jacket.

The chaplain shows bias, prejudice and favoritism by systematically excluding certain Christian denominations which want to come into the prison. While the chaplain allows Odonist, Wiccan, Native American, Muslims and other religions to conduct their own **inmate lead services** without any free world ministers. All of the above (with the exception of the Muslims) are still required to go to Christian classes. Compare Phelphrey v. Cobb County Ga. (C.A. 11, Ga. 2008).

## NEWLY IMPLEMENTED RELIGIOUS EXEMPTION TO ADOC GROOMING POLICY

The Alabama Department of Corrections allows for inmates to change their religion. Many have changed their religion pursuant to the new "Religious Exemption to ADOC Grooming Policy", (Aug 6, 2015) implemented by the ADOC Religious Activities review committee. Chaplain Williams allow inmates to teach the New Jewish Religion in the main chapel but fails to allow them credit for this class, they are still required to attend church of Christ dorm classes.

## CHURCH SERVICES ON SUNDAY

For years there were no services on Sunday except for the church of Christ. In Nov. 2014 the Highlands Church were approved to come into Limestone Correctional Facility. The service time for their church service is at eighth o'clock in the morning. This is an attempt to discourage people from going to those services. But, there has been an overwhelming turn out of inmates who attends those services because their religious practices and beliefs is to attend church on Sunday, and to worship with music which the church of Christ does not believe.

Every Sunday since the Highlands Church has started coming to Limestone Correctional Facility their service (in the main chapel) attendance has been anywhere from 110 upward and the church of Christ services on Sunday have dropped from about 60 people, to 15 or 20 people maximum.

On July 5th 2015, the chaplain resumed the church services in H-Dorm Chapel. Before the chaplain stopped the chapel services all denominations held their services in the H-Dorm chapel. But after resuming these services the chaplain only allows church of Christ services in the H-Dorm chapel. This is to discourage inmates form going to other **Non** church of Christ services.

This is another attempt by the chaplain and assistant chaplains to increase their attendance and to force their religious beliefs upon residents of the Faith Based Honor Dorm.

If The Highlands Church were allowed to hold services in the H-Dorm chapel, two services would be needed to accommodate everyone, and, church of Christ attendance would again drop to maybe 10 or 15 people.

On Jan. 10, 2016 plaintiff attended Highland church. It was 27 degrees. Inmates attending highland services (Muslims, and all services in the main chapel) have to go through four gates (at times you have to wait 10 to 20 minutes for an officer to come and unlock the gates.) and have to walk approximately one half of a mile in the weather, heat, cold rain, wind etc.

## DEFENDANTS ARE NOT ENTITLED TO QUALIFIED IMMUNITY

The defendants are not entitled to the defense of qualified immunity. At the time of their actions they were required to, and failed to follow the First Amendment of The United States Constitution, clearly established mandatory prison regulations (AR. 333), and contract law.

## DIFFERENT CHRISTIAN RELIGIONS HAVE DIFFERENT BELIEFS

Christians may invite other Christians to worship with them on certain occasions (Thanksgiving, Christmas, Easter, or during revivals) but they do not worship together all the time.

Like different sects of Muslims or other religions, the Christians denominations each have and, and practice different doctrines, customs, and beliefs.

Some believe in eternal security. Some believe in praying to Mother Mary and the Saints. Some believe in predestination, some people are predestined to go to heaven and some predestined to go to hell. Some believe that Jesus is God the father the Son and the Holy Ghost. Some believe you must be baptized in the Name of Jesus and speak with tongues to be saved. Some believe that Jesus is not God that he was just a created being. Some believe that you are required to worship on Saturday. Some believe you must be baptized by their church-denomination or you are not saved. These name only a few of the differences between the different Christian denominations and religious beliefs, practices, and customs.

### SOME OF THE CHURCH OF CHRIST BELIEFS

Church of Christ is named only one time in the bible, (Rom 16:16). It states Churches of Christ, but the word churches and church is the same Greek word, and it is singular, #G1537. Strong's Exhaustive Concordance. (Church of God is named 20 times.) Because Church of Christ is specifically named in the bible the church of Christ believe that they are the only true church, and the only people going to heaven, and if you are not baptized by them you are not saved and going to hell. One group from a church of Christ in Tennessee who comes to Limestone Correctional Facility said, if you are not baptized by their local church, not any church of Christ, but their church, you are not saved.

The church of Christ does not consider their church as a denomination. But, a denomination is any religious grouping within a faith that has its own system of organization, rules and regulations, and who teaches them and expects there members to follow those rules and regulations. THE CHURCH OF CHRIST.

### SOME OF PLAINTIFF'S BELIEFS

The plaintiff believes in the whole bible rightly divided. In music in church on Sunday, laying on of hands and the manifestations-gifts of the Holy Spirit, tongues and prophecy, (and other beliefs). And the chaplain forbids any free world

8 of 11

guest from praying for or laying on of hands or operating in the manifestations-gifts of the spirit. This places a burden on the plaintiff's right to practice his religious beliefs while other religions, Odonist, Wiccan, Native American, and Muslims are allowed to practice their beliefs. (Harvest Moon, Rain Dance, Ramadan, etc.)

**The chaplains cannot say that it is wrong for the plaintiff to sue the defendants at the law pursuant to 1 Corinthians 6:1-8. Because, according to the chaplain and the church of Christ the plaintiff has not been baptized by the church of Christ and therefore he is not saved and he is not a Christian brother of the Church of Christ members. The church of Christ refers to other denominations as "our denominational friends" and not as Christian Brothers. See "The Voice of Truth International", Volume 85, pages 26-27.**

Every since the plaintiff entered the Faith Based Honor Dorm in 2007 the majority of classes and church services (approximately 90 percent) were and still are Church of Christ.

Two Memos were posted in H-Dorm. One in December 2015, with 19 residents listed. And One on April 2016 with 41 residents listed. These memos were posted prior to the January and May class sign ups, respectfully. These memos stated that the people listed as well anyone who entered the dorm prior to class sign up would automatically be placed in the class of chaplain Williams choosing, and, would not be allowed to change classes. This targeted only Christians. Muslims, Native Americans and wiccans were allowed to attend their own religious classes.

## CONCLUSION

The contract that the plaintiff entered into with the Faith Based Honor Dorm in 2007 is a valid contract and the chaplain was without authority to create a new contract or modify that contract without the willing consent of the plaintiff.

The 2007 contract is a legal and binding contract and must be enforced pursuant to the United States Constitution, the Alabama Department of Corrections regulations and contract law.

The new contract implemented by the chaplain only applies to the residents entering the Faith Based Honor Dorm after the chaplain changed the contract. It does not apply to residents previously in the Faith Based Honor Dorm.

The new contract implemented by the chaplain must also be enforced pursuant to the United States Constitution the Alabama Department of Corrections regulations, and contract law.

The plaintiff is a tax paying citizen of the United States and of the state of Alabama. Plaintiff pays both State and Federal taxes when he orders from the food and clothing package programs instituted by the Alabama Department of Corrections.

## RELIEF REQUESTED

Wherefore, premises considered, plaintiff prays this honorable court of competent jurisdiction grant him the following relief:

1. The plaintiff be allowed to proceed in forma Pauperis.
2. The court enter a declatory judgment in favor of the plaintiff, stating that defendant's actions violated his civil and religious rights in contravention of the United States Constitution, Alabama Constitution and Alabama Department of Corrections prison policies and regulations.
3. The court enters a judgment granting the plaintiff compensatory damages in the amount of 77,777.77 dollars each, against the Hartselle, West Huntsville and Madison churches of Christ, and 77,777.77 against each other defendants, exclusive of cost of the suit.
4. The court enter a judgment granting the plaintiff punative damages in the amount of 77,777.77 dollars each, against the Hartselle, West Huntsville and Madison churches of Christ, and 77,777.77 against each other defendants.
5. The damages in the suit be entered in the defendant's individual and official capacities.
6. The cost be revised and awarded the plaintiff.
7. That the service and process be made upon the defendants as rules of civil procedure allows.
8. Requested trial by jury on all issues triable.
9. For any and all other additional relief this court deems just and equitable.
10. That an order to stop all church of Christ services and classes until an equal amount of time is provided for each of the other religions—denominations who would like to participate in prison ministry at Limestone Correctional Facility.
11. The plaintiff and other inmates receive credit for the extra services and classes they have already attended.
12. Allow church services of the plaintiff's religion to be held in H-Dorm Chapel on Sunday.
13. Allow all church services to be held in H-Dorm. Or Allow inmate led church services and classes as allowed for the other religions.
14. An order to stop the warden from moving the Faith Based Honor Dorm to another dorm for harassment purposes.
15. An order to stop the ADOC from transferring plaintiff.
16. An order to stop any harassment from The Alabama Department of Corrections, warden, chaplain and/or anyone involved directly or indirectly with this action.

## CERTIFICATION OF CORRECTNESS OF APPLICATION

I, Marshall Cois Knop, do hereby certify that the foregoing application is true and correct to the best of my knowledge and belief, under the penalty of perjury.

Date: August 8th, 2016        *Marshall Cois Knop*
                              Marshall Cois Knop/Plaintiff
                              AIS 154140, H1-26a
                              Limestone Corr. Facility
                              28779 Nick Davis Rd.
                              Harvest Al. 25794

### REQUEST OF SERVICE TO BE MADE UPON

Jefferson Dunn, Terrance McDonnell, Commissioners,
301 South Ripley St., Montgomery, Alabama, 36130.
Christopher Gordy, warden, Limestone Correctional Facility,
28779 Nick Davis Rd. Harvest Al. 35794
James E. Williams, chaplain, Limestone Correctional Facility,
28779 Nick Davis Rd. Harvest Al. 35794
Thomas Woodfin, regional chaplain,
P.O. Box 8 Elmore Alabama 36025
Kyle Massengale, Sam Drake, Siegfried Bill, assistance chaplains.
Limestone Correctional Facility, 28779 Nick Davis Rd. Harvest Al. 35794. and/or at Madison Church of Christ,
556 Hughes Rd., Madison Al. 35758
Pastor, Mike Winkler, Madison Church of Christ,
556 Hughes Rd., Madison Al. 35758
Charles Baggett, ex Chaplain. Madison Church of Christ,
556 Hughes Rd., Madison Al. 35758
Phillip Hines, Hartselle Church of Christ,
Highway 31 South, Hartselle Alabama. 35640
Pastor John Branch, West Huntsville church of Christ,
5008, Pulaski Pike, N.W. Huntsville, 35810.

Marshall Knop
AIS 154140 H1-
28779 Nick Davi
Harvest Alabama 35974

CERTIFIED MAIL

7015 0640 0004 6997 5782




This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery Alabama
36101-0711