# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MARSHALL COIS KNOP,** | } |
| Plaintiff, | } |
| v. | } Case No.: 5:16-cv-1356-RDP-TMP |
| **WARDEN, CHRISTOPHER GORDY, et al.,** | } |
| Defendants. | } |

## MEMORANDUM OPINION AND ORDER

On July 20, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. #15). On September 1, 2017, Petitioner filed objections to the Magistrate Judge's Report and Recommendation. (Doc. #18).

The court agrees that Plaintiff has pleaded sufficient facts to plausibly state a Fourteenth Amendment Equal Protection claim, a First Amendment Establishment Clause claim, and a First Amendment Free Exercise claim against Defendants. Whether Plaintiff's allegations are true (*i.e.*, whether Plaintiff can establish competent proof of the facts he has alleged) remains to be seen. But, at this point, the only question is whether Plaintiff has made plausible factual allegations.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the Magistrate Judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that Plaintiff's request for immediate injunctive relief be **DENIED**. The court further **ORDERS** that all claims against all defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to 28

U.S.C. § 1915A(b) except Plaintiff's First Amendment Freedom of Religion and Fourteenth Amendment Equal Protection claims against defendants Dunn, McDonnell, Gordy and Williams. These remaining claims are **REFERRED** to the Magistrate Judge for further proceedings.

    **DONE** and **ORDERED** this November 3, 2017.

                                          **R. DAVID PROCTOR**
                                          UNITED STATES DISTRICT JUDGE